IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:20-cv-00097-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: January 6, 2021 | Courtroom Deputy:  Monique Ortiz |

*Parties:*

KRYSTINA ANDREA ROMERO		Pro Se

    Plaintiff,

v.


FRANKLIN  D.  AZAR  &  ASSOCIATES, P.C.

    Elizabeth Imhoff Mabey
    Sarah Genevieve Nolan

    Defendant.

**AMENDED COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONE STATUS CONFERENCE**
**Court in Session:  9:25 a.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding status of the case.  This case had been stayed due to the Partial Motion to Dismiss filed by the Defendants on which the court had issued an Order [Doc. No. 47, filed 12/22/2020].  Plaintiff states that she is working on filing a Motion to Reconsider.

For the reasons set forth on the record, it is

**ORDERED:**	A Telephone Scheduling Conference is set for **February 11, 2021 at 10:30 a.m.** before Magistrate Judge Varholak.  Parties shall call (888-808-6929) and utilize Access code: 2805116#, at the scheduled date and time to participate.  Parties shall submit a Proposed Scheduling Order **on or before February 4, 2021**.

Counsel for Defendant verifies with Plaintiff her contact information.

HEARING CONCLUDED.

**Court in recess:**     9:28 a.m.
Time In Court:           00:03

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.


** Minutes are amended to reflect correct court time **